UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
KALAMAZOO DIVISION

ASHLEY WALDORF and
RYAN WALDORF,

    Plaintiffs,

-vs-                                  CASE NO.:  1:19-CV-00060-PLM-PJG
                                            Honorable Paul L. Maloney

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiffs, Ashley Waldorf and Ryan Waldorf, and the Defendant, Bank of America, N.A. ("BANA"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs against BANA in the above styled action, with Plaintiffs and BANA, to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of May, 2019.

*/s/ Jason R. Derry*
Jason R. Derry
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jderry@ForThePeople.com
jkneeland@ForThePeople.com
lstokes@ForThePeople.com
*Attorney for Plaintiff*

*/s/ Stephen J. Staple*
Stephen J. Staple (P77692)
Bodman PLC
99 Monroe Avenue NW, Suite 506
Grand Rapids, MI 49503
Telephone: (616) 205-4330
sstaple@bodmanlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Thomas J. Rheaume, Jr., and Stephen J. Staple, Bodman PLC, 99 Monroe Avenue NW, Suite 506, Grand Rapids, MI  49503 (trheaume@bodmanlaw.com and sstaple@bodmanlaw.com).

>                                    */s/ Jason R. Derry, Esquire*
>                                    Jason R. Derry, Esquire
>                                    *Attorney for Plaintiff*